# In the United States Court of Federal Claims

No. 20-1029C
Filed: August 31, 2020

---

**CHIMES OF THE DISTRICT OF COLUMBIA,**

        *Plaintiff,*

**v.**

**UNITED STATES,**

        *Defendant*.

---

## ORDER

The plaintiff filed its complaint in this pre-award bid protest on August 17, 2020.  On August 25, 2020, the defendant filed a notice of corrective action (ECF 8), indicating that the solicitation the plaintiff was challenging has been canceled.

In light of the cancellation of the solicitation, the protest is moot.  Accordingly, the complaint must be **DISMISSED**.

The Clerk is directed to enter judgment dismissing the case.  No costs are awarded.

It is so **ORDERED**.

s/ Richard A. Hertling
**Richard A. Hertling**
**Judge**